IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
APR 16 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| UNITED STATES OF AMERICA, | ) | **INDICTMENT** |
| --- | --- | --- |
| Plaintiff, | ) | |
| | ) | CASE NO. 1:25 CR 00187 |
| v. | ) | Title 18, United States Code, |
| SHAI JACKSON, | ) | Section 933(a)(1) |
| | ) | JUDGE BARKER |
| Defendant. | ) | |

COUNT 1
(Trafficking in Firearms, 18 U.S.C. § 933(a)(1))

The Grand Jury charges:

1. From on or about August 8, 2024, through on or about October 23, 2024, in the Northern District of Ohio, Eastern Division, Defendant SHAI JACKSON, did ship, transport, transfer, cause to be transported, or otherwise dispose of firearms, to wit:

| DATE | FIREARMS |
| --- | --- |
| 09/12/2024 | Smith and Wesson M&P 2.0 40 caliber pistol, serial number NEB8058; Palmetto State Armory PA-15, .223 caliber pistol, serial number SCB714631 |
| 10/03/2024 | Palmetto State Armory, model Spaceforce-15, multi caliber pistol, Serial Number GUNNER1914; Glock, Model 21, .45 Caliber pistol, serial number MDU272 |
| 10/23/2024 | Romarm/Cugir, Model GP WASR 10/63, 7.62 caliber rifle, serial number 1986rh3579; Palmetto State Armory, Model PA-15, .223 caliber pistol, serial number PA102199 |

to a recipient in or otherwise affecting commerce, knowing or having reasonable cause to believe that the use, carrying, or possession of the firearm by the recipient would constitute a felony, in violation of Title 18, United States Code, Section 933(a)(1).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.